THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT DE STEFANO, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.

Argued October 1, 1937; decided October 19, 1937.

John J. Bennett, Jr., Attorney-General (Patrick H. Clune of counsel), for respondent.

Vincent De Stefano, in person, for appellant.

Appeal dismissed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN. FINCH and RIPPEY, JJ.